PROB 12C  
(6/16)

ECF No. 96  
Report Date: October 17, 2025

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Christopher Vincente Alires | Case Number: 0980 1:21CR02040-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Yakima WA 98901 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: May 8, 2024 | |
| Original Offense: Possession of a Stolen Firearm, 18 U.S.C. §§ 922(j) and 924(a)(2) | |
| Original Sentence: Prison - 18 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>September 16, 2025 | Prison - Time Served (23 days)<br>TSR - 35 months |
| Asst. U.S. Attorney: Benjamin David Seal | Date Supervision Commenced: November 6, 2024 |
| Defense Attorney: Juliana M Van Wingerden | Date Supervision Expires: November 5, 2027 |

## PETITIONING THE COURT

To issue a warrant.

On September 16, 2025, Mr. Alires was advised by the Court of his supervised release conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Alires is alleged to have violated his conditions of supervised release on October 15, 2025, by Driving Under the Influence (DUI), in violation of Revised Code of Washington (RCW) 46.61.502.5, Yakima Municipal Court, case number 5A0842937.<br><br>According to the Yakima Police Department (YPD) report number 25Y033817, the following occurred: On October 15, 2025, at approximately 10:22 p.m., officers were dispatched to a possible domestic violence between a male and female. 911 Dispatch received a telephone call and could hear a female crying and heard a male yelling. No one was speaking directly to 911 Dispatch. Dispatch conducted a phase hit on the phone that called 911 and were seeing the caller was near Yakima Avenue and South 3rd street.<br><br>YPD was able to locate the truck that was involved in the domestic dispute and conducted a traffic stop in the Millennium Plaza parking lot. YPD identified Mr. Alires as the driver and noticed signs of impairment. Mr. Alires was unsteady on his feet, his speech was |

slurred, and his eyes were red and watery. YPD escorted Mr. Alires to a police vehicle and could smell the strong odor of alcohol coming from his breath.

YPD checked Mr. Alires' driving status and discovered he did not have a valid drivers license and was required to have a ignition interlock device on his vehicle. YPD confirmed there was not an ignition interlock installed in the vehicle Mr. Alires was driving.

Mr. Alires was arguing with YPD that they did not have probable cause to arrest him. He mentioned several time he was on federal probation and was upset because his arrest would violate his probation. Mr. Alires was more upset about his probation violation than the arrest for DUI.

YPD transported Mr. Alires to the police station and Mr. Alires provided breath samples that tested positive for alcohol. The first sample was .139 and the second sample was .125. After providing the positive breath samples, Mr. Alires was booked into Yakima City Jail.

On October 16, 2025, a Municipal Court judge determined probable cause was established and bail was set at $25,500. Mr. Alires bailed out of custody on October 16, 2025, at 12:58 p.m.

2   **Mandatory Condition #1**:You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Alires is alleged to have violated his conditions of supervised release on October 15, 2025, by Driving with a Suspended License, in violation of RCW 46.20.342.1C, Yakima Municipal Court, case number 5A0842937.

(See narrative in violation number 1)

3   **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Alires is alleged to have violated his conditions of supervised release on October 15, 2025, by Operating a Vehicle without an Ignition Interlock Device, in violation of RCW46.20.740, Yakima Municipal Court, case number 5A0842937.

(See narrative in violation number 1)

4   **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 test per months, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Alires is alleged to have violated his conditions of supervised release on October 15, 2025, by consuming alcohol.

(See narrative in violation number 1)

5   **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

Prob12C
Re: Alires, Christopher Vincente
October 17, 2025
Page 3

**Supporting Evidence**: Mr. Alires is alleged to have violated his conditions of supervised release by failing to report to probation as directed by noon on October 17, 2025.

On October 14, 2025, this officer spoke with Mr. Alires on the telephone. Mr. Alires was scheduled to complete inpatient treatment on October 15, 2025, and would be returning to Yakima. This officer directed Mr. Alires to report to the probation office in Yakima, on October 17, 2025, before noon. Mr. Alires acknowledged the reporting instructions and made a commitment to report as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 17, 2025

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

10/20/2025
Date